1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11 | Zango, Inc., f/k/a 180solutions, Inc., a ) Case Number: CV06-1081 (JLR)
Washington corporation, a/k/a MetricsDirect, )

12 | )
)    **STIPULATION REGARDING**
13 |              Plaintiff,  )    **EXTENSION OF TIME TO FILE A**
v. )    **RESPONSIVE PLEADING**
14 | )
)
15 | Grant Media, LLC, a California limited )
liability company )
16 | )
             Defendant.  )
17 | )

18 | <u>STIPULATION</u>

19 | COME NOW ALL PARTIES THROUGH THEIR COUNSEL OF RECORD, who agree and

20 | stipulate as follows:

21 | WHEREAS, on August 21, 2006 Plaintiff personally served its Complaint on Defendant's

22 | Agent for Service of Process;

23 | WHEREAS, a responsive pleading to the Complaint is due to be filed by Defendant on or before

24 | September 11, 2006;

25 | WHEREAS, the parties are actively engaged in settlement negotiations that may result in the

26 | dismissal of the Complaint; and

27 | WHEREAS, in order to facilitate settlement negotiations, the parties desire to extend the due

28 | date for Defendant to file a responsive pleading to September 25, 2006.

1
STIPULATION REGARDING EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

1

2          NOW THEREFORE, Plaintiff and Defendant, by and through their counsel, hereby agree and

3   stipulate as follows:

4          1.  Filing this stipulation does not mean that Defendant submits to the personal jurisdiction of

5   this Court and Defendant reserves all rights to object to jurisdiction.

6          2.  That the due date for Defendant to file a responsive pleading to the Complaint is extended to

7   September 25, 2006.

8

9   Dated: _9/8/06_                                    HARRIS & MOURE, pllc

10

11

12                                                     _____
                                                       Daniel P. Harris, Esq.
13                                                     Charles P. Moure, Esq.
                                                       Attorneys for Plaintiff, Zango, Inc.
14

15   Dated: _9/7/06_                                   DILLON & GERARDI, APC

16

17

18                                                     _____
                                                       Timothy P. Dillon
                                                       Attorneys for Defendant, Grant Media, LLC
19

20

21

22

23

24

25

26

27

28                                          2                    Case No. CV06-1081 (JLR)
             STIPULATION REGARDING EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING