06-CV-01081-BR

___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

SEP 08 2006   DB

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

IN THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| ZANGO, INC., F/K/A 180SOLUTIONS, INC., A WASHINGTON CORPORATION A/K/A METRICS DIRECT<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>GRANT MEDIA, LLC., A CALIFORNIA LIMITED LIAIBLITY COMPANY<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. CV06-1081 JLR<br><br>DECLARATION OF SERVICE OF:<br>SUMMONS IN A CIVIL CASE; COMPLAINT FOR MONIES DUE BREACH OF SETTLEMENT AGREEMENT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **21st day of August, 2006, at 2:53 PM**, at the address of **465 CALIFORNIA Street #300, SAN FRANCISCO**, San Francisco County, **CA 94107**; this declarant served the above described documents upon **GRANT MEDINA, LLC.**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Liz Torres, Assistant to registered agent for service Richard L. Idell.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this **21st day of August, 2006**.

Matthew Anderson, Reg. # 97, Marin / CA

ABC's Client Name
**Harris & Moure**
Zango, Inc.

ORIGINAL PROOF OF SERVICE

ABC Tracking #: 8022264

Dockets.Justia.com