UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Zango, Inc., f/k/a 180solutions, Inc., a Washington corporation, a/k/a MetricsDirect,<br><br>Plaintiff,<br><br>v.<br><br>Grant Media, LLC, a California limited liability company,<br><br>Defendant. | Case Number: CV-06-1081 (JLR)<br><br>STIPULATION REGARDING EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING |

## STIPULATION

COME NOW ALL PARTIES THROUGH THEIR COUNSEL OF RECORD, who agree and stipulate as follows:

WHEREAS, on August 21, 2006 Plaintiff personally served its Complaint on Defendant's Agent for Service of Process;

WHEREAS, in order to facilitate settlement negotiations, the parties previously entered into a stipulation extending the time for Defendant to file a responsive pleading to September 25, 2006; and

WHEREAS, the parties continue to be actively engaged in settlement negotiations that may result in the dismissal of the Complaint,

---

STIPULATION REGARDING EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Dockets.Justia.com

NOW THEREFORE, Plaintiff and Defendant, by and through their counsel, hereby agree and stipulate as follows:

1. Filing this stipulation does not mean that Defendant submits to the personal jurisdiction of this Court and Defendant reserves all rights to object to jurisdiction.

2. That the due date for Defendant to file a responsive pleading to the Complaint is extended to October 16, 2006.

Dated: 9/26/06

HARRIS & MOURE, pllc

_____
Daniel P. Harris, Esq.,
Charles P. Moure, Esq.,
Attorneys for Plaintiff, Zango, Inc.

Dated: 9/25/06

DILLON & GERARDI, APC

_____
Michael Bishop, Esq.,
Attorneys for Defendant,
Grant Media, LLC