1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Zango, Inc., f/k/a 180solutions, Inc., a Washington corporation, a/k/a MetricsDirect, <br><br> Plaintiff, <br><br> v. <br><br> Grant Media, LLC, a California limited liability company <br> Defendant. | NOTICE OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1) <br><br> No. CV06-1081 JLR |

TO:     THE CLERK OF THE COURT

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Zango, Inc. voluntarily dismisses its claims in this action against defendant Grant Media, LLC, without prejudice. *See* Pedrina v. Chun, 987 F.2d 608 (9th Cir. 1993).

DATED this Monday, October 16, 2006.

HARRIS & MOURE, pllc

By _____//s//_____
Daniel P. Harris, WSBA # 16778
Charles P. Moure, WSBA # 23701
Attorneys for Plaintiff, Zango, Inc.

NOTICE OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1) - 1

**Harris & Moure**
*A Professional Limited Liability Corporation*
720 Olive Way, Suite 1000
Seattle, WA 98101
Phone: (206) 224-5657
Fax: (206) 224-5659